IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JERRY LYNN REVELS,                          )
AKA JERRY LYNN JOHNS,                        )
AKA KEVIN LYNN REVELS, 654284,              )
    Plaintiff,                              )
                                            )
v.                                           )        No. 3:05-CV-830-M
                                            )
DISTRICT ATTORNEY BILL HILL, ET AL.,        )
    Defendants.                             )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a

recommendation in this case. No objections were filed. The District Court reviewed the

proposed findings, conclusions and recommendation for plain error. Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 2 day of June, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE